UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE MONCLOVA,

           Petitioner,

-against-

DAVID M. UNGER,

           Respondent.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/14
```

12 Civ. 1127 (AT) (FM)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

    On February 9, 2012, Petitioner, Jose Monclova, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 2, 2012, the Court referred the matter to Magistrate Judge Frank Maas.

    After careful consideration, Magistrate Judge Maas issued a Report and Recommendation ("R & R"), proposing that Petitioner's petition be denied. Despite notification of the right to object to the R & R, no objections were filed, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2). When no objection is made, the Court reviews the R & R for clear error. *Dunham v. City of New York*, No. 11 Civ 1223, 2013 WL 929029, at *1 (S.D.N.Y. Mar. 11, 2013). The Court finds no clear error. Accordingly, the Court ADOPTS Magistrate Judge Maas's R & R in its entirety. Petitioner's petition is DENIED.

    The Clerk of Court is directed to close the case and to mail a copy of this order to *Pro Se* Petitioner.

    SO ORDERED.

Dated: May 12, 2014
       New York, New York

                        ANALISA TORRES
                       United States District Judge